**Elizabeth Williams, Plaintiff-Appellant, v. Arthur Fredenhagen, Defendant-Appellee.**

Gen. No. 10,946.

Second District.

August 27, 1956.

Released for publication September 13, 1956.

Carl O. Bue, for plaintiff-appellant; George H. Bunge, for defendant-appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.